Argued October 1, affirmed October 8, 1958

JAQUITH *v.* THOMSON
330 P. 2d 174

*R. W. PicKell* and *Cecil H. Quesseth,* of Salem, argued the cause and filed a brief for appellants.

*Bryan Goodenough,* of Salem, argued the cause and filed a brief for respondent.

Before Perry, Chief Justice, and Warner, Sloan and O'Connell, Justices.

PER CURIAM.

This is an appeal from a judgment of the Circuit Court for Marion County awarding to the defendant

William G. Stacey compensation for his services as receiver in a suit for the dissolution of a partnership, brought by the plaintiffs against the defendant, Charles R. Thomson. The plaintiffs filed objections to the receiver's final account on the ground that the fee requested by the receiver was unreasonable under the circumstances. The matter was duly heard in the trial court and the compensation requested by the receiver was approved. We have carefully examined the record and having in mind the nature of the duties assigned to the receiver, the period of time during which his services were rendered, the difficulties under which he labored, and the result which was accomplished, we are of the opinion that the allowance of the compensation in this case did not constitute an abuse of discretion on the part of the trial judge. *Mursener v. Forte,* 186 Or 253, 205 P2d 568 (1949); *Weber v. Empire Holding Corp.,* 149 Or 503, 41 P2d 1084 (1935); *First National Bank v. Oregon Paper Co.,* 42 Or 398, 71 P 144 (1903).

The judgment is affirmed.